

**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**

*Page 1 of 1*

*16-Nov-2023*

PLAINTIFF'S EXHIBIT

A

| Customer |
|---|
| PIAZZA PRESTO |
| 451 W RIDGE PIKE |
| UNIT 453 |
| ROYERSFORD, PA  19468 |

| Account# | Total Due | Current |
|---|---|---|
| 2215 | $1,225.07 | $180.67 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,044.05 | $0.35 | $0.00 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2033734 | 28-Sep-23 | **28-Sep-23** | IN | $329.11 | **$0.35** | Delinquent | |
| 2033819 | 5-Oct-23 | **5-Oct-23** | IN | $593.58 | **$593.58** | Delinquent | |
| 2033887 | 12-Oct-23 | **12-Oct-23** | IN | $363.69 | **$363.69** | Delinquent | |
| 2033897 | 12-Oct-23 | **12-Oct-23** | IN | $86.78 | **$86.78** | Delinquent | |
| 2033944 | 19-Oct-23 | **19-Oct-23** | IN | $217.34 | **$217.34** | Current | |
| 2033945 | 26-Oct-23 | **26-Oct-23** | CM | ($36.67) | **($36.67)** | Credit | |