# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>       Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Piazza Presto LLC,<br><br>       Defendant. | Adversary No. 24-00015-pmm |

## Certificate of Service

I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by certified and regular, first-class United States mail, postage pre-paid, addressed to:

Chief Exeuctive Officer
Piazza Presto LLC
453 W Ridge Pike
Royersford, PA 19468

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 2, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com