# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Piazza Presto LLC,<br><br>　　　　Defendant. | Adversary No. 24-00015-pmm |

## Notice of Voluntary Dismissal

　　Pursuant to Fed. R. Civ. P. 41 and Fed. R. Bankr. P. 7041, Plaintiff Tri-State Paper, Inc., by and through its attorney, hereby gives notice that all claims against the defendant in the above-captioned action are voluntarily dismissed without prejudice.

Date: March 8, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael I. Assad
　　Michael I. Assad (#330937)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com